**Order entered September 24, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-21-00382-CV

**SHYLA RYAN, Appellant**

**V.**

**VVSN HOLDING, LLC, ET AL., Appellees**

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-13256**

### ORDER

Before the Court is appellant's September 23, 2021 second motion for an extension of time to file her brief on the merits. We **GRANT** the motion and extend the time to **October 27, 2021**. We caution appellant that further extension requests will be disfavored.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE